UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NARPAT BHANDARI and CHANDRA BHANDARI, his wife,<br><br>Plaintiffs,<br><br>v.<br><br>DEFENDANT CAPITAL ONE N.A., et al.,<br><br>Defendants. | Case No.  5:14-cv-04812 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Defendant has moved to dismiss the complaint.  Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than November 12, 2014, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge.  Despite reminders from the court, not all parties have done so.  Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge.  28 U.S.C. § 636; Civ. L.R. 73-1.

Dated:   November 14, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:14-cv-04812-HRL Notice has been electronically mailed to:

Anthony Jerome Trepel    ttrepel@trepellaw.com, smcintosh@trepellaw.com

Thomas Nathaniel Abbott    tna@severson.com, dgl@severson.com, jc@severson.com

2