UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NARPAT BHANDARI AND CHANDRA BHANDARI,<br><br>           Plaintiffs,<br><br>      v.<br><br>CAPITAL ONE, N.A., et al.,<br><br>           Defendants. | Case No.: 14-CV-04812-LHK<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Plaintiffs Narpat Bhandari and Chandra Bhandari (collectively, "Plaintiffs"), with the assistance of counsel, filed their latest complaint in state court on July 15, 2014. ECF No. 1-1. On October 29, 2014, defendants Capital One, N.A., successor by merger to Chevy Chase Bank, FSB (erroneously sued separately as "Capital One, N.A. and Chevy Chase Bank, F.S.B."), and Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants") removed the instant case to federal court. ECF No. 1.

On November 5, 2014, Defendants filed a Motion to Dismiss Plaintiffs' lawsuit pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, arguing that Plaintiffs' claims are barred by the doctrines of res judicata and collateral estoppel. ECF No. 6. Pursuant to Civil Local Rule 7-

3(a), Plaintiffs' Opposition to the Motion to Dismiss was due on November 19, 2014.[1]  As of today, January 30, 2015, Plaintiffs have not filed an Opposition or Statement of Nonopposition to Defendants' Motion to Dismiss.

The Court hereby ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute.  This Order does not authorize Plaintiffs to file an untimely Opposition to Defendants' Motion to Dismiss.  Plaintiffs have until February 13, 2015, to file a written response to this Order to Show Cause.  A hearing on this Order to Show Cause is hereby set for February 26, 2015, at 1:30 p.m.

Plaintiffs' failure to respond to this Order will result in dismissal with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 30, 2015

_____
LUCY H. KOH
United States District Judge

---

[1] Defendants renoticed the motion on November 18, 2014, after this case was reassigned to the undersigned.  ECF No. 12.  The hearing on the motion was renoticed for March 5, 2015, at 1:30 p.m.  *Id.* at 3.  The briefing schedule, however, remained unchanged.  *Id.*