Anthony Jerome Trepel, Esq. (SBN 187264)
**TREPEL LAW**
95 South Market Street, Third Floor
San Jose, CA 95113
Phone: (408) 275-0501

Attorneys for Plaintiffs,
Narpat Bhandari and Chandra Bhandari



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NARPAT BHANDARI AND CHANDRA BHANDARI,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE, N.A., et al.,<br><br>Defendants. | Case No.: 14-CV-04812-LHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |



**TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Plaintiffs, Narpat Bhandari and Chandra Bhandari, voluntarily dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated: February 10, 2015

Respectfully submitted,

**TREPEL LAW**

The Clerk shall close the case file.

By: _____
Anthony Jerome Trepel, Esq.
Attorneys for Plaintiffs,
Narpat Bhandari and Chandra Bhandari

Dated: February 13, 2015

---

1

Voluntary Dismissal;   Case No. 14-CV-04812-LHK